UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS JONES,<br>        Plaintiff,<br>    v.<br>JOHN DOE,<br>        Defendant. | Case No. 22-cv-04382-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff Demetrius Jones sent the Court a letter, the Clerk sent him Notices instructing him to file by September 6, 2022 a complaint and an application to proceed *in forma pauperis* (IFP), or pay the filing fee. There has been no response to the Notices. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failing to comply with the Clerk's Notices and for failing to prosecute.

Because this dismissal is without prejudice, Jones may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complete application to proceed IFP (or full payment for the $402.00 filing fee); <u>and</u> (iii) contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 28, 2022

_____
WILLIAM H. ORRICK
United States District Judge